RECEIVED

SEP 1 0 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN ____________ DIVISION**

| | | |
|---|---|---|
| Dale Lee DeTie | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | 4:26-cv-01443 RHH |
| | ) | (to be assigned by Clerk of District Court) |
| Foundation Building Materials, LLC | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | YES X NO___ |
| Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.) | ) | |

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. This employment discrimination lawsuit is based on (check only those that apply):

_X_ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Dale Lee DeTie

Plaintiff's address: 1148 Indian Trails Dr
Street address or P.O. Box

St. Louis, St. Louis County, Missouri 63132
City/ County/ State/Zip Code

(314) 281-0175
Area code and telephone number

3. Defendant's name: Foundation Building Materials, LLC

Defendant's address: 3950 Taussig Ave
Street address or P.O. Box

Bridgeton, St. Louis County, Missouri 63044
City/County/State/ Zip Code

(314) 739-6800
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

Same Bridgeton worksite and work-related electronic communications.

(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

October 30, 2025 through January 23, 2026 ______________________________

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

__X__ Yes Date filed: 06/17/2026

_____ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

__X__ Yes Date filed: 06/17/2026

_____ No

8. Have you received a Notice of Right-to-Sue Letter?

__X__ Yes _____ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

_X_ termination of my employment

____ failure to promote me

____ failure to accommodate my disability

____ terms and conditions of my employment differ from those of similar employees

_X_ retaliation

_X_ harassment

_X_ other conduct (specify):

Hostile work environment and related discriminatory treatment.

Did you complain about this same conduct in your charge of discrimination?

_X_ Yes ______ No

11. I believe that I was discriminated against because of my (check all that apply):

____ race

____ religion

____ national origin

____ color

_X_ gender

____ disability

____ age (birth year is: ____________)

_X_ other: sexual orientation / perceived sexual orientation

Did you state the same reason(s) in your charge of discrimination?

_X_ Yes ______ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

See page 6 and attached continuation pages 6A-6B.

(Continue to page 6, if additional space is needed.)

1. I began working for Foundation Building Materials, LLC (FBM) as a commercial driver at its Bridgeton, Missouri facility on September 23, 2025.

2. Beginning on or about October 30, 2025, I was subjected to repeated workplace harassment through work-related group communications. In a six-person work-related group text discussing my absence and work assignment, a coworker used the sexual-orientation-based slur "fag" to refer to me while my supervisor was a participant in the thread. My supervisor also participated in a larger work-related group thread and posted mocking content about employees, contributing to and encouraging the demeaning group environment. Thereafter, altered and photoshopped images of me were circulated in a 21-person work-related group thread. The images depicted me in humiliating and sexualized ways, including sexually suggestive imagery, condom packaging, sexual references, and mocking depictions of my appearance. Coworkers commented on, reacted to, and continued circulating the material.

3. On November 22, 2025, I submitted a written complaint to Human Resources reporting harassment, discrimination, and a hostile work environment.

4. On November 24, 2025, two days after my complaint, my supervisor sent me a message stating, "I assume you have quit working here?" I had not resigned and continued communicating in writing.

(Attach additional sheets as necessary).

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

Dale Lee DeTie, Plaintiff

v.

Foundation Building Materials, LLC, Defendant

## CONTINUATION TO PARAGRAPH 12 - PAGE 6A

5. On December 5, 2025, I escalated the unresolved matter to Corporate Compliance. Corporate Compliance acknowledged the escalation, stated that a report had been filed, and indicated that someone would contact me.

6. On December 16, 2025, I submitted a written hardship and status request because my employment status, pay status, investigation status, and next steps remained unclear. I documented that I had not received wages during that period and requested written guidance.

7. On December 19, 2025, Human Resources stated that my allegations were "not substantiated," while also stating that employee communications may not have aligned with company standards. FBM later stated that corrective action had been taken. I was directed to return to work.

8. I remained in written contact and repeatedly requested clarification regarding my employment and pay status, the Corporate Compliance escalation, return-to-work expectations, and protection from retaliation. I expressly stated in writing that I was not refusing to work.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

Dale Lee DeTie, Plaintiff

v.

Foundation Building Materials, LLC, Defendant

## CONTINUATION TO PARAGRAPH 12 - PAGE 6B

9. On January 13, 2026, FBM issued a final directive requiring me to report at 5:45 a.m. the following morning, January 14, and warned that failure to report would be treated as job abandonment and voluntary termination.

10. On January 23, 2026, FBM terminated my employment under a job-abandonment theory. I contend that the termination and related treatment were retaliatory and followed my complaints of sex-based and sexual-orientation harassment.

11. The events occurred principally at FBM's Bridgeton, Missouri facility and through work-related electronic communications. I suffered lost wages and benefits, emotional distress, humiliation, and other damages.

12. On June 17, 2026, I filed EEOC Charge No. 560-2026-00628, which was dual-filed with the Missouri Commission on Human Rights as Complaint No. FE-06/26-40682. I received a Notice of Right to Sue dated June 19, 2026.

13. The acts set forth in paragraph 12 of this complaint:

_____ are still being committed by the defendant.

__X__ are no longer being committed by the defendant.

_____ may still be being committed by the defendant.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I request all relief allowed by law, including back pay and lost benefits; front pay or reinstatement as appropriate; compensatory damages; punitive damages where permitted; reasonable attorney's fees where recoverable; costs and interest; and any other legal or equitable relief the Court finds appropriate. I request a jury trial.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 09 day of 10, 2026.

Signature of Plaintiff ______________________

Dale Lee DeTie
1148 Indian Trails Dr
St. Louis, Missouri 63132
(314) 281-0175
Delty3311@gmail.com